# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141692(85)

CROWN ENTERPRISES INC.,
　　　　　Plaintiff-Appellant,

v

CITY OF ROMULUS,
　　　　　Defendant-Appellee,

and

AMERICAN DIESEL TRUCK REPAIR INC.,
RUBEN CHACON, and JUAN MOLINA,
　　　　　Third Party Defendants.

_____/

SC: 141692
COA: 286525
Wayne CC: 05-519614-CZ

On order of the Court, the motion for reconsideration of this Court's January 13, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

Clerk

d0418